IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00656-REB

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation

     Plaintiffs,

vs.

ACTION MANUFACTURING, LLC, a Colorado limited liability company,
RIDDEL & COMPANY, INC., a Colorado corporation,
RICHARD A. RIDDELL, an individual, and
PAUL RIDDELL, an individual,

     Defendants.

## ORDER FOR BRIEFING ON *MARKMAN* ISSUES

**Blackburn, J.**

     This matter is before the court *sua sponte*. In this patent infringement action, the court recognizes the need first to construe the claims of the patents before the case properly can proceed to resolution by summary judgment, trial, or otherwise. Therefore, I establish the following briefing schedule to govern resolution of these matters.

     **IT IS ORDERED** as follows:

     1. That no later than ninety days after the first answer is filed with the court by a defendant in this case, the parties **SHALL FILE** a joint claim construction statement setting forth the construction of claims and terms on which the parties agree and the construction of claims and terms on which the parties disagree for the patents at issue;

     2. That absent further order of the court, the joint claim construction statement **SHALL BE LIMITED** to fifteen (15) pages;

3.  That the plaintiffs' brief on claim construction **SHALL BE FILED** 30 days after the joint claim construction statement is filed;

4.  That the deadlines for filing response and reply briefs **SHALL BE AS PRESCRIBED** under D.C.COLO.LCivR 7.1C.;

5.  That absent further order of the court, the brief of the plaintiffs on claim construction and the response brief of any defendant **SHALL BE LIMITED** to twenty (20) pages.

6.  That within ten (10) days after the reply brief is due or filed, the parties **SHALL CONVENE** a telephonic motions' hearing setting conference with the court's administrative assistant (303-335-2350) to set a time for a possible *Markman* hearing; provided, furthermore, that plaintiffs are responsible for initiating the call, which must include representatives of all the parties with authority to schedule matters in this case;

7.  That based on the parties' submissions, the court will either rule on the papers, order further briefing, convene a *Markman* hearing, appoint a special master, or take such further action as the court in its discretion deems proper and necessary.

Dated March 23, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge