IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00656-REB

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

    Plaintiffs,

v.

ACTION MANUFACTURING, LLC, a Colorado limited liability company,
RIDDELL & COMPANY, INC., a Colorado corporation,
RICHARD A. RIDDELL, an individual, and
PAUL RIDDELL, an individual,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiffs' Motion To Withdraw "Sealed Document" Designation For Redacted Motion For Preliminary Injunction [Doc. No. 8]** [#9] filed April 13, 2010. After reviewing the motion and the file, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Motion To Withdraw "Sealed Document" Designation For Redacted Motion For Preliminary Injunction [Doc. No. 8]** [#9] filed April 13, 2010, is **GRANTED**;

2. That **Plaintiffs' Redacted Motion For Preliminary Injunction (With Incorporated Authority and Supporting Evidence) and Request For Hearing** [#8] filed under seal April 12, 2010, is **WITHDRAWN**, and shall be **UNSEALED**; and

3. That **Plaintiffs' Motion To File Under Seal** [#7] filed April 12, 2010, is **DENIED** as moot.

Dated: April 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.