IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-00656-REB

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

    Plaintiffs,

v.

ACTION MANUFACTURING, LLC, a Colorado limited liability company,
RIDDELL & COMPANY, INC., a Colorado corporation,
RICHARD A. RIDDELL, an individual, and
PAUL RIDDELL, an individual,

    Defendants.

## ORDER OF DISMISSAL OF RICHARD A. RIDDELL, ONLY

**Blackburn, J.**

The matter before me is the **Notice of Dismissal Without Prejudice As To Defendant Richard A. Riddell** [#23] filed May 13, 2010. After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendant, Richard A. Riddell, should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal Without Prejudice As To Defendant Richard A. Riddell** [#23] filed May 13, 2010, is **APPROVED**;

2. That plaintiffs' claims against defendant, Richard A. Riddell, are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That defendant, Richard A. Riddell, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated May 13, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge