**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 10-cv-00656-REB

CAUGHT FISH ENTERPRISES, LLC, a Colorado limited liability company, and
METAL ROOF INNOVATIONS, LTD., a Colorado corporation,

      Plaintiffs,

v.

ACTION MANUFACTURING, LLC, a Colorado limited liability company,
RIDDELL AND COMPANY, a Colorado corporation, and
PAUL RIDDELL, an individual,

      Defendants.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Notice of Dismissal With Prejudice** [#86][1] filed June 24, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulated Notice of Dismissal With Prejudice** [#86] filed June 24, 2011, is **APPROVED**;

      2. That any pending motion is **DENIED** as moot; and

---

[1]"[#86]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

    Dated June 27, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

                                    Robert E. Blackburn
                                    United States District Judge